UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ALFREDO JURADO SANCHEZ,<br><br>                    Defendant. | No.  4:15-CR-6037-EFS<br><br>**ORDER GRANTING GOVERNMENT'S MOTIONS** |

Before the Court, without oral argument, are the United States Attorney's Office's (USAO) Motion for Disclosure to Defense Counsel but Not Unsealing, ECF No. 22, Motion for Protective Order, ECF No. 23, and related Motion to Expedite, ECF No. 24. The USAO seeks permission to disclose to defense counsel certain sealed discovery materials, including search warrants, tracking warrants, and pen registers. ECF No. 22. Additionally, the USAO requests an ongoing protective order pertaining to discovery materials in this case because the investigation is still ongoing and because of other safety concerns. ECF No. 23. The Government requests that these motions be heard on an expedited basis and has informed the Court that the Defendant has no objection. ECF Nos. 22-24. Because the Defendant needs the discovery with ample time to prepare his defense, the Court finds good cause to expedite the motions. Because the discovery in

ORDER - 1

question relates to ongoing investigations, the Court finds good cause to grant the motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Expedite, **ECF No. 24**, is **GRANTED**.
2. The Government's Motion for Disclosure to Defense Counsel but Not Unsealing, **ECF No. 22**, is **GRANTED**.
3. The Government may disclose to defense counsel the following sealed documents:
   - the pen registers 4:15-mj-07044-JPH and 4:15-mj-07046-JPH;
   - the tracking warrant, 4:15-mj-07104-JPH; and
   - the search warrants, 4:15-mj-07114-JPH and 4:15-mj-07107-JPH.
4. These documents will remain sealed and not available to the public.
5. Both counsel for the Government and counsel for Defendant may reference the existence and content of the above referenced sealed documents in court proceedings.
6. The Government's Motion for Protective Order, **ECF No. 23**, is **GRANTED**.
7. The Government may provide discovery materials on an ongoing basis to defense counsel.
8. Defense counsel may possess discovery materials, including sealed documents, but may not make copies of discovery materials except for necessary working copies.

9. Defense counsel may show discovery materials to Defendant and may discuss those materials with Defendant but shall not provide discovery materials directly to Defendant.

10. Defense counsel shall not provide discovery materials to any other person except for staff, investigators, and experts engaged by defense counsel, who will also be bound by the terms and conditions of this order.

11. Counsel for the Government and counsel for Defendant may reference the existence and content of discovery material in court proceedings in this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  1st  day of December 2015.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\6037.ord.disc.mots.lc2.docx

ORDER **-** 3